UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW THOMAS,

                    Plaintiff,

          -against-                                    25-CV-3962 (LTS)

WILLIAM MOORE, DUTCHESS COUNTY                ORDER OF DISMISSAL
JAIL SUPERINTENDENT; FRANK TORRE,
ARAMARK KITCHEN COOKS,

                    Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

          Plaintiff submitted this complaint unsigned. By order dated May 14, 2025, the Court

directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an

original signature. That order specified that failure to comply would result in dismissal of the

complaint. Plaintiff has not submitted the signed signature page, and the time to do so has

expired. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).[1]

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

  Dated:    February 12, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                              Chief United States District Judge

---

[1] Because this action is dismissed at the outset before the Court addressed Plaintiff's application to proceed *in forma pauperis*, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.